IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

AMERICAN WESTERN HOME INSURANCE
COMPANY                                                                                    PLAINTIFF

VS.                              CASE NO. 11-CV-4071

STEVE JOHNSON,
et al                                                                                              DEFENDANTS

# ORDER

On August 19, 2015, Plaintiff filed its Third Amended Complaint. (ECF No. 51). Following the filing of the Third Amended Complaint, Plaintiff filed an Amended Motion for Summary Judgment. (ECF No. 57). In each of these filings, Plaintiff's certificate of service indicates that the papers were electronically served to the other parties in this case, either through the CM/ECF system or by e-mail. However, Separate Defendants Steve Johnson and Steve Johnson d/b/a Cherry Hill Printing are proceeding *pro se* in this case (ECF No. 31), and the Court is unaware of any consent by Steve Johnson to receive electronic service. There is nothing on the docket to indicate that Plaintiff has served these Separate Defendants via the P.O. Box address listed for Steve Johnson in the Court's CM/ECF system.

The Court directs Plaintiff to submit its proof of service as to these Separate Defendants on or before Tuesday, February 9, 2016. If service of the filings mentioned above was never completed upon these Separate Defendants, Plaintiff is hereby ordered to show cause why the claims against these Separate Defendants should not be dismissed for failure to effectuate service and/or failure to prosecute.

IT IS SO ORDERED, this 4th day of February, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge