IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

AMERICAN WESTERN HOME
INSURANCE COMPANY                                                            PLAINTIFF

VS.                                  CASE NO. 4:11-CV-4071

STEVE JOHNSON; STEVE JOHNSON d/b/a
CHERRY HILL PRINTING, INC.; DON WOLF a/k/a
DONN WOLFE; and CHERRY HILL PRINTING, INC.                                  DEFENDANTS

## ORDER

Before the Court is Plaintiff's Response to Order to Submit Proof of Service. (ECF No. 64). On February 4, 2016, the Court directed Plaintiffs to submit proof that certain pleadings and motions have been served upon Steve Johnson, a *pro se* defendant who has not consented to electronic service in this case. (ECF No. 63).

Upon review of Plaintiffs' response, the Court is satisfied that Plaintiffs' service attempts have been adequate. Because Steve Johnson has failed to keep the Court informed of his current address and his mail has been consistently returned as undeliverable, Plaintiff was warranted in completing service of their papers under the standards set forth in Federal Rule of Civil Procedure 5(b)(2)(D).

**IT IS SO ORDERED**, this 23rd day of March, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge