IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

AMERICAN WESTERN HOME
INSURANCE COMPANY                                                                   PLAINTIFF


VS.                                       CASE NO. 4:11-CV-4071

STEVE JOHNSON; STEVE JOHNSON d/b/a
CHERRY HILL PRINTING, INC.; DON WOLF a/k/a
DONN WOLFE; and CHERRY HILL PRINTING, INC.                      DEFENDANTS

## JUDGMENT

Before the Court is an Amended Motion for Summary Judgment (ECF No. 57) filed on behalf of Plaintiff American Western Home Insurance Company ("American Western"). Separate Defendants Cherry Hill Printing, Inc. and Don Wolf have filed a response. (ECF No. 60). American Western has filed a reply. (ECF No. 62). The Court finds this matter ripe for consideration.

For the reasons stated in the Memorandum Opinion of even date, the Court finds that American Western's Motion for Summary Judgment (ECF No. 57) should be and hereby is **GRANTED in part** and **DENIED in part**. American Western's motion is granted as to the coverage issues in the *Coie* and *Ondrisek* suits. Because there is no justiciable controversy as to American Western's claims regarding the *Kolbek* suit, the motion is denied as to these claims and they are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 23rd day of March, 2016.


                                                    /s/ Susan O. Hickey
                                                    Susan O. Hickey
                                                    United States District Judge